UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON D. MCCOY,

Plaintiff,

v.

D. TORRES, et al.,

Defendants.

No. 1:19-cv-01023-NONE-JLT (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 16)

Plaintiff Aaron D. McCoy is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2020, the assigned magistrate judge issued a screening order, finding that plaintiff's complaint (Doc. No. 1) states cognizable claims against all defendants except C. Pfeiffer.  (Doc. No. 11.)  Pursuant to the screening order, plaintiff filed a notice that he "wishes to proceed only on his claims against defendants Balkind, Cavazos, Jolly, and Torres, and to dismiss Pfeiffer (Warden)."  (Doc. No. 14.)

Accordingly, on April 8, 2020, the magistrate judge filed findings and recommendations, recommending that Defendant Pfeiffer be dismissed.  (Doc. No. 16.)  The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto.  (*Id.*)  Plaintiff has not filed objections and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.     The findings and recommendations filed on April 8, 2020 (Doc. No. 16) are adopted in full;

2.     Defendant C. Pfeiffer is dismissed; and,

3.     This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 10, 2020**

UNITED STATES DISTRICT JUDGE

2