# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. MCCOY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>D. TORRES, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-01023-NONE-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF AARON D. MCCOY, CDCR NO. D-61772**<br><br>DATE:  MAY 6, 2021<br>TIME:  10:00 A.M. |

　　　　Aaron D. McCoy, CDCR No. D-61772, a necessary participant in a settlement conference on MAY 6, 2021, is confined at Pelican Bay State Prison in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Jennifer L. Thurston, U.S. District Court, Eastern District of California, by Zoom videoconference on MAY 6, 2021, at 10:00 A.M.

## ACCORDINGLY, THE COURT ORDERS:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Jennifer L. Thurston on the date and time above, until completion of the conference or as ordered by the court. Zoom videoconference connection information will be provided to defendants' counsel.

　　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Pelican Bay State Prison**

　　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.

　　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　　Dated:  __April 9, 2021__　　　　　　　　　____/s/ Jennifer L. Thurston____
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE